RECEIVED

NOV 07 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

Ricky Seaberry #131369
Full Name of Plaintiff, Prisoner Number

Richard Stalder, Secretary,
Jerry Goodwin, Warden, Angie
Huff, Assistance Warden, Pamela Hearn,
Physician, Singsong, Physician, ABC
Insurane Company - Insurer of D.O.C., et al.
Full Name of Defendant(s)

# CV05-1960 S

Civil Action No. _____

SEC P

JUDGE HICKS

COMPLAINT        MAG JUDGE HORNSBY

### I.  Previous Lawsuits

A.  Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ✓        No _____

B.  If your answer to the preceding question is yes, provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

WESTERN District OF LA.

_____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: RICKY SEABERY

Defendants: RicHArd, STAIdER, ET. AL

3.  Docket number(s): 5:04-cv-1975 / 04-2206

4.  Date(s) on which each lawsuit was filed: 9/3/04 / 6/15/05

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C:\PAM\PROSE\FORMS\1983FORM.COM        2

Both cases still pending on Appeal 6/29/05 8/17/05

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ✓        No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

WESTERN District of LA.  FAilure to pay filling fee's

WESTERN District of LA.    DENIAl of Former pAuperis

## II. A. Name of institution and address of current place of confinement:

David Wade Correctional Ctr, 670 Bell Hill Rd., Homer, LA 71040

B. Is there a prison grievance procedure in this institution?

Yes ✓        No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ✓        No _____

If Yes, what is the Administrative Remedy Procedure number? ARP- DWCC-2005-0861

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

YEl Allowed to Secretary All Steps
denied.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

## III. Parties to Current Lawsuit:

A. Name of Plaintiff <u>Ricky Seaberry</u>

Address <u>670 Bell Hill Rd., Homer, LA 71040</u>

B. Defendant, <u>Richard Stdder</u>, is employed as

<u>Secretary</u> at <u>Department of Corrections</u>

Defendant, <u>Jerry Goodwin</u>, is employed as

<u>Warden</u> at <u>David Wade Correctional Ctr.</u>

Defendant, <u>Angie Huff</u>, is employed as

<u>Assistant Warden</u> at <u>David Wade Correctional Ctr.</u>

Additional defendants <u>Pamela Hearn, Physician, Singsong, Physician, David Wade Correctional Ctr, ABC Insurance Company.</u>

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

<u>SEE Facts at pages 6-through-10</u>
<u>Contained in Petition for Tort Damages</u>
<u>attached hereto.</u>

_____

_____

_____

_____

## V.  Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

THAT i be compensated in the Amount of $150,000 dollars/ SEE! Also! RELIEF REQUESTED contained in petition for TnIT damages attacked

## VI.  Plaintiff's Declaration

A.  **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

THis suit contains imminent danger

Signed this 3rd day of _____ NOV, ____ , 05 .

131369 .

Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

5/97

C:\PAM\PROSE\FORMS\1983FORM.COM          5

LOUISIANA. DEPARTMENT of CORRECTIONS, public SAFETY

THIS is AN request for Administrative Remedy

DWcc

SEABERT RICKY                                    7-25-05

INMATE NAME                         DATE of Incident/complaint

131265    H4-B

Number / LOCATION

ISSUES

THIS complaint is drawn against one DR. PAMELA HEARN, DR. Sing-
song, WARDEN ANNIE. HUFF, for medical Deliberate Indifference,
Inadequate medical care, pain & suffering, mental-Anguish.

FACTS

On the above date, I WAS seen once again by DR. HEARN
concerning my Thyroid problem. SHE once again refused me
proper, adequate medical treatment. BY refusing to have me
taken to an hospital, I explained to DR. HEARN that i was
suffering with dizziness, headaches, and that my weight, has
dropped to 168lbs, from 200lbs, since the middle of May. 05.
I WAS first seen by DR. HEARN in the begining of June. 05
for my weight dropping, And she ordered tests, And threw my
blood work I WAS diagnose with Thyroid problems. In "BASS-
by LEWIS VS WALLENStein, 768. F. 2d. 1173. 1185 (7th. cir. 1985) prisoners
whose medical needs call for a physician's attention must
recieve it). I WAS seen by DR. Singsong, (Arrrvx) in the begining
on June 05 And he read my tests results And stated that
my Thyroids, was the problem. And ordered me to been seen
by a DR. Jones on Tele-med, But to know avail. I made

[sy]stemic deficiencies in staffing, facilities, or procedures which make unnecessary suffering inevitable constitute deliberate indifference. I wrote an letter to Warden. Ansie-Huff, explaining my medical condition, and asking for her assistance in receiving the proper medical treatment, on the 18th day of July of. I also explained to Warden-Huff that i was supposed to have seen an doctor on tele-med, but never did and that every nerve in my body was jumping out of control, I was having dizzy spells, and my head, be hurting and that my weight was dropping fast. But to know avail. In Howell vs. Burden, 12. F. 3d. 190.197-98 (11th. Cir 1994)..(superintendent's administrative authority could support liability warden's, and other correctional supervisor's are deliberate indifference, if they fail to remedy unlawful conditions that they know, or should know about, or if they otherwise fail to carry out their responsibilities to provide adequate medical care. I am suffering physically, i have dizzy spells head hurts, and i have diarrhea, every nerve in my body is jumping out of control, and my throat feels funny (cold symptoms) and i am starting to have mental effects (depression/stress) and my weight has dropped to 168lbs, I am suffering physically as well as mentally, I am in need to be seen by an specialist to start proper diagnose and to start treatment/and medication. my life, and well-being is in jeopardy.

<u>RELIEF</u>

That i be compensated for physical/mental, pain and suffering, in monetary damages. and that i be taken to an hospital for proper medical care-

Ricky Derby 131757

Inmate Name/Number

7-27-05

Date of completion

CASE NUMBER: DWCC-2005-0861

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>Seaberry, Ricky 131369</u>

H4B
Living Quarters

Response to request dated 07/27/2005, received in this office on 07/28/2005

You were seen on Telemed on 8-10-05. Specialized tests were ordered for you and a nuclear scan of your thyroid was completed 8-24-05. Follow up is scheduled to address results and treatment plan. Double portions, as well as a dietary supplement have been ordered. An indoor duty status was also implemented. Your weight is being monitored weekly. You have been monitored by Mental Health for several years and continue to receive counselling and psychotropic meds. There has been no deliberate indifference to your medical or emotional needs.

Prepared by: _____ *Tom Austin* _____

08 Sept 05
Date

*Goodwin, DW / fn*
Unit Head

<u>Instructions to Inmate:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason:
THE response that Mr Austin gave have nothing to do with the contents of the ARP, I was diagnosed with Hylothyroidism in the beginning in June 05 They had an appointment to been seen

9-16-05
Date

*Ricky Seaberry* ✗131369
Inmate's Signature    DOC#

Dwac - 2005-0861

by an DR. Jones 3-different times on tele-med, but never did I made several sick call, stating that i was getting very sick, that my head felt light-headed and i was dizzy, And that every nerve in my body was jumping out of control, And that i was suffering with dizziness, real bad all the time, Every time that i made sick-call for illness cause by the thyroids Nurse. Sue. odom would tell me that it's nothing that she can do for me. THAT i had to wait until they let me see the doctor on the tele-med. I wrote an letter to WARDEN. HUFF explaining to her that i needed to be taken to an hospital that i was suffering from these thyroid problems. To know about I wrote an letter to SENATOR. Mary. LANDRIEY, on the 7-18-05 and she contacted Richard Stalder, And then and only then did DR. MBARRS. And Paul. Austin had me to see an DR. Jones on the tele-med. (offices) about 2-wks later after reciesing an letter from SENATOR Landriey on the 7-25-05. Mc Austin states in her response, that i had been monitored by mental health. I was going threw an great deppression for the uffeen of the Thyroid conditing And it is medical known that thyroids can cause this mental problem. I did not recieve any medical treatment from DR. HEATH, nor DR. SIMPSON, if the tele-med Appointment could'nt be had they should of sent me to an Hospital the way my health dropped, THEY refused

me adequate medical treatment, and showed medical deliberate Indifference, to my health and safety. After going to E.A. Conway hospital finally and taken the Nuclei scan of my thyroid I was scanned by Dr. Jones again on tele med on the 7th day of Sept. 05 and she explained to me that a person thyroids is supposed to be at an Level 10, mines was at an Level 59 4-times over the Normal limit; And that they would have to knock my thyroids out in order to cure me. P.A. Austin, in her response stated that because I was receiving an dietary supplement and given on indoor duty-status and finally given an Double-Portion

...n after Dr. Singletary denied me on the 5th day of July. THAT I WAS not being denied adequate medical treat... WHAT can an duty-status Double-portion Bullits do for an thyroid problem that's over it's normal limit 4-times over, has dropped from 200lbs to 110lbs I have had diarrhea on the time and i am depressed, emotionally, unstable every Nerve in my body is jumping out of control i have dizzy spells HEADACHES hot flashes chest hurting. THE medical doctor's denied me adequate medical treatment and showed deliberate Indifference to my medical conditions And i should be awarded the relief that was requested.

<table>
<tr><td>9-11-05</td><td>Rucky Devia 131369</td></tr>
<tr><td>DATE</td><td>INMATE signature  Doc #</td></tr>
</table>

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER:  DWCC-2005-0861

SECOND STEP RESPONSE FORM
(HEADQUARTERS)


TO:  Seaberry, Ricky    131369                                  DWCC
          Inmate Name and Number                             Living Unit


Response to Request Dated 09/11/2005, Received in this Office on 09/16/2005:

Your request for an Administrative review has been received.  A qualified member of the Headquarters staff has been assigned in order to review your request and to render a fair and impartial response.

It has been determined, after a thorough review of all pertinent documentation, that your request has been satisfied.  The medical treatment rendered thus far has been appropriate for all of your concerns.  The professional staff of DWCC will continue to provide you with appropriate care for all of your concerns.  As such, this office finds the First Level response to be clear and concise and no further investigation warranted.

Your request for Administrative Remedy is denied.


_10-26-05_
          Date

_Amera Ramody_
Secretary's Signature or His Designee